

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00488-CV

| | | |
|---|---|---|
| WILLIAM BATES, Appellant | § | On Appeal from the 481st District Court |
| v. | § | of Denton County (22-5647-481) |
| | § | November 27, 2024 |
| MELINDA BATES, Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect the union retirement benefits as an asset awarded to Appellant William Bates. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that the parties shall split all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel